UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
6D GLOBAL TECHNOLOGIES, INC.,

        Plaintiff,

        Docket No.:

- against -

        **DECLARATION**

BEI LU,

        Defendant.
------------------------------------------------------------------X

    **AARON GOLDBERG** hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at the law firm of Holland and Knight and represented CleanTech Technologies Inc. ("CTEK") in a merger with 6D Global Technologies, Inc. ("SIXD").

2. As of September 30, 2014, all of the shares of Liaoning Creative Bellows Co., Ltd. were assigned to a company called Clean Tech Solutions, Ltd. As of this same date all of the shares of Clean Tech Solutions, Ltd. were assigned to Bei Lu personally.

3. On September 30, 2014, I delivered to Bei Lu's representative, via overnight courier with a copy sent via email, a stock certificate representing all of the shares of Clean Tech Solutions, Ltd.

4. On or about November 3, 2014 as well as on December 11, 2014, I reminded Bei Lu and her representative of her obligation to deliver to CTEK the 15,566 shares in CTEK (now named SIXD) that she held electronically in an account at COR Clearing LLC. In order to effectuate the transfer, Bei Lu would have to direct COR Clearing

LLC to transfer these shares to CTEK's transfer agent, Interwest Transfer Company, Inc., with instructions indicating that the shares were to be returned to CTEK.

5. Upon information and belief, Bei Lu has not instructed COR Clearing LLC to transfer her shares to CTEK or CTEK's transfer agent.

6. It is my understanding that in order for SIXD to report the accurate earnings per share to its auditors in preparation for the filing of the annual report, the 15,566 electronic shares still held by Bei Lu must be canceled.


Dated:  New York, New York
        February 18, 2015

_____
Aaron Goldberg