**From:** Aaron.Goldberg@hklaw.com [mailto:Aaron.Goldberg@hklaw.com]
**Sent:** Thursday, December 11, 2014 4:32 PM
**To:** wmcgrath@nimbus-strategies.com
**Cc:** beilv2010@163.com; Tonya.Rodgers@hklaw.com
**Subject:** RE: CleanTech - Transfer of Bei Lv's shares
**Importance:** High

Bill,
Bei Lv's shares held electronically at COR Clearings have not been transferred back to the company as required under the divesture agreement. Per my earlier requests, could you please have her send the instructions below to Claudette Gay and Genovie Fernandez at Cambridge Capital (email addresses below):

gfernandez@cambridgeacapital.com
cgay@rrtco.com

*Reference: Account 2225-8172*
*Please transfer the CleanTech/6D Global shares held by Bei Lv to Interwest for return to CleanTech/6D Global. I am requesting the electronic transfer (DWAC) of these shares.*

Please confirm that these instructions will be sent on or before Monday, December 15. In the alternative, please let me know if she is refusing to transfer these shares, so that we may proceed accordingly.

Thank you,

**Aaron Goldberg | Holland & Knight**
Partner
31 West 52nd Street | New York NY 10019
Phone 212.513.3231 | Fax 212.341.7248
aaron.goldberg@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Meghan K. Sullivan
**Sent:** Tuesday, February 17, 2015 8:12 PM
**To:** beilv2010@163.com; wmcgrath@nimbus-strategies.com
**Cc:** Aaron.Goldberg@hklaw.com; John P. Bostany
**Subject:** 6D Global v. Bei Lu
**Importance:** High

Dear Bei Lu,

We represent 6D Global Technologies, Inc. in this action and attach the Summons and Complaint for service upon you.   Pursuant to the Notice provisions contained in the Agreements, they have also been shipped to you by overnite delivery today and therefore Notice is effective as of today's date.

Please contact us or reply to this email forthwith if you will agree to instruct COR CLEARING to cancel your electronic shares in SIXD, so that further Court action can be avoided.


Meghan K. Sullivan

Bostany Law Firm PLLC
40 Wall Street, 28th floor
New York, NY 10005
www.bozlaw.com
(212) 530 4400